# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MEL M. MARIN, | : No. 4 WM 2018 |
| Petitioner | : |
| v. | : |
| PRESIDING JUDGE DONNA JO MCDANIEL, AND THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY & PITTSBURGH TRIBUNE-REVIEW, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2018, the Petition for Writ of Mandamus is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.